BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>5725 24TH STREET<br>SACRAMENTO, CALIFORNIA 95822 | CASE NO. 2:15-SW-0289 DAD<br><br>APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |

On May 29, 2015, a search warrant was filed in the above-referenced case. Since the government has made initial arrests in this case, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: June 11, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: 6-11-2015

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT.

1